JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE SLEDGE,<br><br>                Petitioner,<br><br>                v.<br><br>CRAIG KOENING,<br><br>                Respondent. | Case No. SACV 18-865-CAS (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED this action is DISMISSED with prejudice.

Dated: July 13, 2018

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented by:

HONORABLE KENLY KIYA KATO
United States Magistrate Judge